Order entered December 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00171-CV

---

ORVILLE PAUL DUNAGAN, Appellant

V.

BRYAN COLEMAN, Appellee

---

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 07-05904-E/G

---

## ORDER

The Court has before it appellant's December 3, 2012 second unopposed motion for extension of time to file brief of appellant. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief within three days of the date of this order. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE